DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**G.W., a child,**
Appellant,

v.

**AGENCY FOR PERSONS WITH DISABILITIES CIRCUIT: 19 INDIAN RIVER UNIT: APD,**
Appellee.

No. 4D20-2531

[October 21, 2021]

Appeal from the State of Florida, Department of Children and Families; L.T. Case No. 20F-01418.

Stephanie Langer of Disability Independence Group, Inc., Miami, for appellant.

Carrie B. McNamara, Senior Attorney of Agency for Persons with Disabilities, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***